UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Derek Tarr,
    Plaintiff

v.                       Civil No. 04-cv-055-SM

Werner Ladder Co.,
    Defendant

## O R D E R

The court has just been informed by the parties that the named plaintiff is the son of the Chief Probation Officer for this district. While that circumstance does not give rise to automatic disqualification, as we are now aware of that relationship, the undersigned and, having been consulted, the other judges of this district, deem it inadvisable for a member of this court to preside over the case, lest an appearance of conflict arise. Accordingly, all judges of this court recuse themselves from this matter. The case will be reassigned to a district judge in another district within the first circuit.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

May 24, 2006

cc:   Edward M. Kaplan, Esq.
      Brian P. Voke, Esq.