UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Derek Tarr,
    Plaintiff

v.                                  Civil No. 04-cv-055-SM

Werner Ladder Co.,
    Defendant

**RECUSAL ORDER**

The undersigned hereby recuse themselves from presiding over this case.

**SO ORDERED.**

May 26, 2006                      _____
                                      Steven J. McAuliffe
                                      Chief Judge

May 26, 2006                      _____
                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

May 26, 2006                      /s/Paul Barbadoro_____
                                      Paul Barbadoro
                                      United States District Judge

May 26, 2006                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

cc:  Edward M. Kaplan, Esq.
     Brian P. Voke, Esq.